

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>PLAINTIFF<br><br>v.<br><br>KHIEE GRANT,<br><br><br><br>DEFENDANT(S). | CASE NUMBER<br><br>8:22-CR-00086(B)-SB<br><br>**ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT** |
|---|---|

   Upon motion of <u>Defendant</u>, IT IS ORDERED that a detention hearing is set for <u>April 14</u>, <u>2023</u>, at <u>1:00</u> ☐a.m. / ☒p.m. before the Honorable <u>Karen E. Scott</u>, in Courtroom <u>6A</u>.

   Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
   *(Other custodial officer)*

Dated: <u>4/10/2023</u>

*Karen E. Scott*
Hon. Karen E. Scott, U.S. Magistrate Judge